IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE O'KEEFE, individually and as Administrator of the ESTATE OF CYNTHIA FISCHER, deceased,<br><br>     Plaintiff,<br><br> v.<br><br>RUSTIC RAVINES, LLC, a West Virginia limited liability company,<br><br>     Defendant. | Case No. 2:22-cv-1178<br><br>Judge Arthur J. Schwab |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the Civil Action shall be, and hereby is, dismissed with prejudice, with each party to bear their own fees and expenses.

Agreed:

 /s/ J. Mark Adkins
J. Mark Adkins, Esquire
Pa. ID No. 313307
600 Quarrier St
Charleston, WV 25301
304-347-1768
304-347-1756 (fax)
madkins@bowlesrice.com
Counsel for Rustic Ravines, LLC

 /s/ Michael P. O' Day
Michael P. O'Day
Pa. ID No. 77698
Law Offices of Michael O'Day
245 Fort Pitt Boulevard, 3rd Floor
Pittsburgh, PA 15222
(412) 281-1212
 (412) 471-8503 (fax)
michaelodaylaw@gmail.com
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, a true and correct copy of the foregoing Stipulation of Dismissal was served via CM/ECF, upon all parties registered to receive notice, including the following:

Michael P. O'Day, Esq.<br>
Law Offices of Michael O'Day<br>
245 Fort Pitt Blvd, 3rd Floor<br>
Pittsburgh, PA 15222<br>
michaelodaylaw@gmail.com

                                               */s/ J. Mark Adkins*
                                               J. Mark Adkins, Esquire
                                               Pa. ID No. 313307